# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ALBAN META,

    Petitioner,

v.

TOM FELKER,

    Respondent.

No. CV 08-2122-PA (AGR)

**JUDGMENT**

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 1, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE